IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LAMPROS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1: 16-cv-09162 |
| v. | ) ) | Hon. Judge Gary Feinerman |
| NEW WHEY NUTRITION, LLC, a Florida limited liability company, | ) ) ) | Hon. Magistrate Judge Michael T. Mason |
| Defendant. | ) ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the Parties in the above-captioned case have reached a settlement in principle. The Parties respectfully request 60 days to finalize, execute and satisfy a settlement agreement, and plan to file a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within that time period. In light of the Parties' anticipated resolution, the Parties respectfully request all pending dates and deadlines be stayed until February 7, 2016.

DATED: December 8, 2016

**SHEPPARD MULLIN
RICHTER & HAMPTON LLP**

By: /s/ David S. Almeida
 One of Its Attorneys

David S. Almeida, Esq.
dalmeida@sheppardmullin.com
Mark S. Eisen, Esq.
meisen@sheppardmullin.com
**SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

*Counsel for New Whey Nutrition, LLC*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served upon all interested parties using this Court's ECF filing system this 8th day of December, 2016.

                                                          /s/ David S. Almeida