# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LAMPROS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-09162 |
| v. | ) ) | Hon. Gary Feinerman |
| NEW WHEY NUTRITION, LLC, a Florida corporation, | ) ) ) ) | Hon. Michael T. Mason |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Jonathan Lampros and Defendant New Whey Nutrition, LLC, through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Jonathan Lampros, and without prejudice as to all members of the alleged putative class, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. In light of this filing, the parties respectfully request that the Court strike the February 21, 2017 status hearing.

STIPULATED AND AGREED:

| | |
|---|---|
| CHICAGO, ILLINOIS<br>FEBRUARY 1, 2017 | CHICAGO, ILLINOIS<br>FEBRUARY 1, 2017 |
| By: /s/ Michael L. Silverman<br>     Michael L. Silverman | By: /s/ David S. Almeida<br>     David S. Almeida |
| Michael L. Silverman<br>*msilverman@brunolawus.com*<br>**THE BRUNO FIRM**<br>900 West Jackson Boulevard<br>Suite 4E<br>Chicago, Illinois 60607<br>Phone: 773.969.6160<br><br>*Counsel for Plaintiff*<br>*and the Proposed Putative Classes* | David S. Almeida<br>*dalmeida@sheppardmullin.com*<br>Mark S. Eisen<br>*meisen@sheppardmullin.com*<br>**SHEPPARD, MULLIN, RICHTER**<br>**& HAMPTON LLP**<br>70 West Madison Street, 48th Floor<br>Chicago, Illinois 60602<br>Phone: 312.499.6300<br><br>*Counsel for Defendant*<br>*New Whey Nutrition, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing **Stipulation of Voluntary Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF filing system on this 1st day of February 2017 and was served electronically on all counsel of record.

/s/ Michael L. Silverman